UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIEGO M. RODRIQUEZ,

                                    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

                                    Defendant.

Case No. C09-5241BHS-KLS

ORDER DENYING PLAINTIFF'S
MOTION TO HAVE THIS CASE
ASSIGNED TO UNITED STATES
DISTRICT COURT JUDGE

        This matter comes before the Court on plaintiff's filing of a motion to have this matter

assigned to a district court judge. (Dkt. #4). After reviewing the motion and the remainder of the

record, the Court hereby finds and orders as follows:

        On April 23, 2009, plaintiff filed complaint in this matter seeking a writ of *mandamus* to

set aside a decision of the Social Security Administration concerning what appears to have been

a recoupment of a disability benefits overpayment. (Dkt. #2). At the time of filing, the civil

cover sheet accompanying the complaint was stamped by the Clerk with the cause number C09-

5241KLS. (Dkt. #2-3). On April 27, 2009, plaintiff filed his motion to have this case assigned to

a district court judge. On April 28, 2009, the Clerk issued a minute order, assigning the case to

the Honorable Benjamin J. Settle, but also referring it back to the undersigned pursuant to the

Order Denying Motion to Reassign - 1

Court's General Order to "review the administrative record, and to submit proposed findings and conclusions, and recommended disposition" in accordance with Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 72(b) and Local Rule MJR 4(c).

Accordingly, because this case now has been assigned to a district court judge, plaintiff's current motion (Dkt. #4) hereby is DENIED as being moot. Nor is there any constitutional issue in regard to the referral of this case back to the undersigned magistrate judge for the purposes set forth above. Pursuant to 28 U.S.C. § 636(b)(1)(A), a district judge may "designate a magistrate judge to hear and determine any pretrial matter pending before the court," and, pursuant to 28 U.S.C. § 636(b)(1)(B), "designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in" 28 U.S.C. § 636(b)(1)(A), including motions for summary judgment and motions to dismiss for failure to state a claim upon which relief can be granted.

The United States Supreme Court expressly has held these designations of authority from a district judge to a magistrate judge to be constitutional. See Matthews v. Weber, 423 U.S. 261 (1976). In so holding, the Supreme Court noted that Congress, in enacting 28 U.S.C. § 636(b), addressed various constitutional concerns some had regarding that legislation, by restricting "the range of matters that may be referred [by a district court judge] to a magistrate [judge] to those where referral" was "'not inconsistent with the Constitution and laws of the United States,'" and by making "it quite clear that the magistrate [judge] acts 'under the supervision of the district judges' when he [or she] accepts a referral, and that authority for making final decisions remains at all times with the district judge." Id. At 269-70 (citations omitted). Accordingly, this case is properly before the undersigned magistrate judge.

Order Denying Motion to Reassign - 2

1

The Clerk is directed to send a copy of this Order to plaintiff.

2

DATED this 1st day of May, 2009.

3

4

5

6                                            Karen L. Strombom
                                             United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Order Denying Motion to Reassign - 3