UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIEGO M. RODRIQUEZ,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendants.

Case No. C09-5241BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 17). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's applications to proceed *in forma pauperis* (Dkts. 1, 14, and 16) are **DENIED** because they are deficient. Plaintiff has thirty days from the date of this Order to pay the required $350 filing fee for this action. Failure to pay the fee will result in the dismissal of this action.

DATED this 16th day of July, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER